UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER, AKA EL DEY BEY SHABAZZ ALI,<br><br>        Plaintiff,<br><br>   v.<br><br>DORA RIOS,<br><br>        Defendant. | No.  2:23-cv-01900-CKD P<br><br>ORDER AND<br><br>FINDINGS & RECOMMENDATIONS |

By order filed December 1, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise complied with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall randomly assign this matter to a district court judge.

2. Plaintiff's motion for a stay (ECF No. 24); requests for judicial notice (ECF Nos. 6-7, 9-10, 13, 18-22, 25-26, 29-34, 37-41, 44-45, 48-50); and, request for default (ECF No. 8) are denied as moot in light of the recommendation to dismiss this matter.

3. Plaintiff's pleadings docketed after December 5, 2023 (ECF Nos. 51-57) are stricken from the docket as filed in violation of a court order. See ECF No. 42.

/////

1

IT IS FURTHER RECOMMENDED that:

1. This action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
2. Plaintiff's motion for injunctive relief (ECF No. 23) be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 11, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/walk1900.fta